L. H. Beers, for appellant. C. D. Ingersoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SEED, Respondent, v. FAIRCHILD, Appellant (No. 2). Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by John H. Seed against Ben L. Fairchild. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re SEIFERD. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of Lena Seiferd for an order directing Maurice Meyer, an attorney, to turn over moneys and property wrongfully withheld. No opinion. Order affirmed, with $10 costs and disbursements.

---

SERWER, Respondent, v. SERWER, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Rosa Serwer against Morris Serwer. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $3,000, and extra allowance proportionately, in which case the judgment, as modified, is affirmed, without costs of this appeal to either party.

---

SHADOFF, Respondent, v. LINDNER, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Jacob Shadoff against Isidore Lindner. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re SHAFFER. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) In the matter of the proceedings for the disbarment of A. W. Shaffer as attorney and counselor. No opinion. Report of referee confirmed, and respondent disbarred and removed from his office of attorney and counselor.

---

SHATZKIN, Respondent, v. SOKOLSKY, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Rose Shatzkin against Max Sokolsky. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

SILVER, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Elizabeth E. Silver against Thomas J. Murphy. No opinion. Judgment and order affirmed, with costs.

---

SILVERNAIL v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Agnes Silvernail against the Metropolitan Street Railway Company. No opinion. Appeal dismissed.

---

SIMIS v. WHITE et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by William Simis against Charlotte White and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

SIMMONS v. FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Edith H. Simmons against the Farmers' Loan & Trust Company. No opinion. Motion granted, so far as to dismiss appeal.

---

SINGER, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Mendel Singer against the Sun Printing & Publishing Association. T. D. Adams, for appellant. F. Bartlett, for respondent. No opinion. Judgment and order affirmed, with costs.

---

SLADE, Appellant, v. HALE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by William H. Slade against Gertrude A. Hale, as executrix, etc., and individually.

PER CURIAM. Interlocutory judgment affirmed, with costs. Held, that the court has no jurisdiction of this action against the defendant as executrix; she being a foreign executrix, appointed and acting under the laws of the state of Illinois. Defendant, as such executrix, did not waive her objection to the jurisdiction of the court by appearing in the action and demurring for lack of jurisdiction. Flandrow v. Hammond, 13 App. Div. 325, 43 N. Y. Supp. 143; Wheelock v. Lee, 74 N. Y. 495. Also held, that this action is not maintainable against the defendant as executrix of an executor. Also held, that the complaint does not state a cause of action against the defendant individually.

---

SLADE v. HALE. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by William H. Slade against Gertrude A. Hale, as executrix, etc. No opinion. Motion for reargument denied, with $10 costs and disbursements.

---

SMITH, Respondent, v. BARBER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Ac-

tion by William J. Smith against Harry G. Barber, impleaded with Pansy B. Pritchard.

PER CURIAM. Order of reference reversed on argument, with $10 costs and disbursements, on the authority of McAleer v. Sinnott, 30 App. Div. 318, 51 N. Y. Supp. 956, and motion for reference denied, without costs.

---

SMITH, Respondent, v. CHESEBROUGH et al., Respondents (CRANSTOUN, Appellant). (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Ellsworth C. Smith against Amos S. Chesebrough and others, impleaded with William Cranstoun, as executor, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted. Form of questions to be certified to be settled before GOODRICH, P. J.

---

SPENCER, Appellant, v. TOWN OF SARDINIA, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Ella D. Spencer, administratrix, against the town of Sardinia. No opinion. Judgment and order affirmed, with costs.

---

STEEFEL et al., Appellants, v. ROTHSCHILD, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Barnard L. Steefel and Joseph L. Steefel against Jacob Rothschild. No opinion. Judgment affirmed, on argument, with costs, on the authority of Steefel v. Rothschild, 64 App. Div. 293, 72 N. Y. Supp. 171.

---

STEURWALD v. GILL. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Charles A. Steurwald against Harry D. Gill. No opinion. Motion denied.

---

STORK, Respondent, v. BLUMSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Carolyn Stork against Louis M. Blumstein. E. Hall, for appellant. C. Hahn, for respondent. No opinion. Judgment and order affirmed, with costs.

---

STRAUB, Appellant, v. SCHALK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Adam H. Straub against Rudolph Schalk and others. No opinion. Motion granted.

---

STUART v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Edmund A. Stuart against the Press Publishing Company. No opinion. Motion denied, with $10 costs.

---

SYRACUSE & O. L. ELECTRIC RY. CO. Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by the Syracuse & Oneida Lake Electric Railway Company against the Syracuse Rapid Transit Railway Company, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re TALCOTT. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) In the matter of the proceedings for the disbarment of Frank W. Talcott as attorney. and counselor. No opinion. Report of referee confirmed and respondent disbarred and removed from his office of attorney and counselor.

---

TANENBAUM, Appellant, v. SIMON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Moses Tanenbaum against Aaron Simon and another. E. Hall, for appellant. E. S. Cahn, for respondents. No opinion. Determination affirmed, with costs, on opinion of court below. 81 N. Y. Supp. 655.

---

TANKE, Respondent, v. WEST SHORE R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by August C. Tanke against the West Shore Railroad Company and the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that as matter of law the evidence fails to establish actionable negligence on the part of the defendant.

SPRING and HISCOCK. JJ., dissent.

---

TENOZA, Respondent, v. GOLLIEK et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Annie Tenoza as administratrix of the goods, chattels and credits of Albert Tenoza, deceased, against Stanley Golliek and others. No opinion. Motions denied.

---

THOMPSON, Respondent, v. RICHARDSON et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Actions by Pontus I. Thompson against Emma A. Richardson and others. No opinion. Judgments affirmed, with costs.

---

In re UNIVERSITY MAGAZINE CO. (Supreme Court, Appellate Division, First Depart-